1 JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
2 ADELLE GREENFIELD (SBN: 301514)
agreenfield@grsm.com
3 GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
4 San Francisco, CA 94111
Telephone: (415) 875-4219
5 Facsimile: (415) 986-8054

6 Attorneys for Defendant
AETNA, INC.
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ALEX JOHN DUTRA, | Case No. 2:17-cv-02681-KJM-EFB |
| 12 Plaintiff, | **STIPULATION TO CONTINUE AETNA'S DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| 13 vs. | |
| 14 AETNA, INC. | Complaint filed: December 22, 2017 |
| 15 Defendant. | |

16

17 TO THE HONORABLE COURT:

18 The parties hereto, Plaintiff ALEX JOHN DUTRA ("Plaintiff") and Defendant AETNA,

19 INC. ("Aetna"), hereby stipulate as follows:

20 WHEREAS, Plaintiff filed his Complaint in this Court on December 22, 2017.

21 WHEREAS, this action, and Plaintiff's claim for short-term disability ("STD") benefits

22 from which it arises, are governed by the Employee Retirement Income Security Act of 1974, 88

23 Stat. 829, as amended, 29 U.S.C. § 1001 *et seq*. ("ERISA").

24 WHEREAS, the Initial Case Management Conference in this action is currently set for

25 June 6, 2018, at 10:00 a.m. before U.S. Magistrate Judge Edmund F. Brennan.

26 WHEREAS, Plaintiff served a copy of the Summons and Complaint on February 23,

27 2018.

28

WHEREAS, Aetna's deadline to file a response to Plaintiff's Complaint is March 16, 2018.

WHEREAS, Aetna is currently conducting an administrative review of Plaintiff's separate claim for long term disability benefits ("LTD"), and expects to render its decision within the next 30-60 days.

WHEREAS, the outcome of the LTD claim, whether the claim is approved or denied, will significantly impact the claims at issue in this action.

WHEREAS, the Parties agree it would preserve party and judicial resources to continue the deadline for Aetna to respond to the complaint pending determination on the LTD claim.

WHEREAS, the Parties agree to extend Aetna's deadline to file a response to the Complaint until May 15, 2018, to allow Aetna to complete its review of the administrative appeal and render a final decision on the LTD claim.

WHEREAS, this continuance will not impact any deadline set by the Court and will permit the Parties to meet and confer sufficiently in advance of the June 6, 2018 Initial Status Conference and timely submit their status reports.

IT IS HEREBY STIPULATED by and between Plaintiff and Aetna that the deadline for Aetna to respond to the Complaint is extended up to May 15, 2018.

Dated: March ____, 2018

signature on original

ALEX JOHN DUTRA, Plaintiff in Pro Per

Dated: March 16, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Jordan A. Altura*
    Jordan A. Altura
    Adelle Greenfield
Attorneys for Defendant
AETNA, INC.

/ / /

/ / /

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing Stipulation to Continue Aetna's Deadline to Respond to Complaint, and Good Cause appearing therefor, the Court hereby continues Aetna's deadline to May 15, 2018.

DATED: March 20, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE